# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOMINIC BIANCHI *et al.*, | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) )  Civil Action No. 20-3495-JKB |
| BRIAN E. FROSH *et al.*, | ) ) ) |
| *Defendants*. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Dominic Bianchi, David Snope, Micah Schaefer, Field Traders LLC, Firearms Policy Coalition, Inc., Second Amendment Foundation, and Citizens Committee for the Right to Keep and Bear Arms hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order dismissing Plaintiffs' complaint and closing the case, Doc. No. 28, entered on March 4, 2021. A copy of the Order is attached hereto as Exhibit A.

Dated: March 5, 2021

Raymond M. DiGuiseppe*
law.rmd@gmail.com
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705

Adam Kraut, Esq.*
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814
P: (916) 476-2342
F: (215) 525-4437
akraut@fpclaw.org

Respectfully submitted,

s/ Nicole J. Moss
Nicole J. Moss, Bar No. 20222
*Attorney of Record*
David H. Thompson*
Peter A. Patterson*
John D. Ohlendorf*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
nmoss@cooperkirk.com

*\*Appearing Pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served electronically on all parties or their counsel.

Dated: March 5, 2021                     s/ Nicole J. Moss
                                                                  Nicole J. Moss

*Attorney for Plaintiffs*